IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ERIN ELAINE NOLTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00080-M-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Amended Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Erin Elaine Nolte, in care of Martin W. Long, an attorney, attorney fees under the Equal Access to Justice Act for 31.65 hours of service compensated at a rate of $201.40 per hour for services performed in 2020 and 2021 for a total of $6,374.31.

**SO ORDERED** this 17th day of December, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE